# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:20-CR-185 |
| Plaintiff, | : | Judge J.P. Stadtmueller |
| v. | : | |
| MIGUEL SARABIA, | : | |
| Defendant. | : | |

## MOTION TO CONTINUE SENTENCING

Defendant, Miguel Sarabia, through undersigned counsel, motions to continue the Sentencing hearing date in this case. The sentencing hearing is currently set for June 8, 2022 at 8:30 a.m., by video conference.

The reason for the continuance is defense counsel would like additional time to review discovery that he just received. Counsel has contacted Assistant U.S. Attorney, Gail Hoffman, who does not oppose this request.

As the Court is aware, undersigned counsel will be traveling from California. In an effort to be efficient and avoid having to reschedule due to conflicts, undersigned counsel proposes that the hearing be set for any of the following dates for an in-person hearing: June 27-29, 2022, and July 28, 2022.

However, if the Court can accommodate counsel and have the hearing by video

///

///

///

///

conference, counsel is available on the following dates: June 23, July 5, July 6, July 11, July 13-15, or July 21-22, 2022, at the Court's convenience.

Respectfully submitted,

s/Matthew J. Lombard
MATTHEW J. LOMBARD
Law Office of Matthew J. Lombard
11400 W. Olympic Blvd., Suite 1500
Los Angeles, CA  90064
(310) 399-3259; (310) 392-9029(fax)
mlombard@lombardlaw.net
Attorney for Defendant
Miguel Sarabia

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was served on all counsel by the Clerk's electronic filing system this 27th day of May, 2022.

Respectfully submitted,

s/Matthew J. Lombard
MATTHEW J. LOMBARD
Law Offices of Matthew J. Lombard
11400 W. Olympic Blvd., Suite 1500
Los Angeles, CA  90064
(310) 399-3259
(310) 392-9029(fax)
mlombard@lombardlaw.net