UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    Case No. 20-CR-185

MIGUEL SARABIA,

    Defendant.

## ORDER TO SEAL

Upon the motion of the United States Attorney for the Eastern District of Wisconsin, and good cause appearing therefor,

IT IS HEREBY ORDERED, pursuant to Rule 79(d) of the General Local Rules of the United States District Court for the Eastern District of Wisconsin, of the government's submission filed on March 29, 2022, in the above-named case be **SEALED** until further order of this Court.

SO ORDERED this ____ day of July, 2022.

                                                          _____
                                                          HONORABLE J.P. STADTMUELLER
                                                          United States District Judge